MORAN TOWING AND TRANSPORTATION COMPANY, Respondent, *v.* JOHN J. FLEMING, Appellant. (Appeal No. 1.)

Argued October 19, 1941; decided November 19, 1941.

*Paul G. Reilly* and *George McKinley* for appellant.

*John F. X. Finn* and *Albert Bonynge* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.